UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No: 23-CR-175 |
| | : | |
| JERRY MCKANE WAYNICK, | : | |
| Defendant. | : | |

## GOVERNMENT'S OPPOSITION TO JERRY MCKANE WAYNICK'S MOTION TO BE DEEMED INDIGENT FOR PURPOSES OF OBTAINING TRANSCRIPTS

The government respectfully requests that the Court deny Jerry McKane Waynick's motion to be deemed indigent.

First, defendant Jerry McKane Waynick provides no legal authority for the defendant to be declared indigent for the sole purpose of receiving transcripts from the government. In addition to not providing any legal authority, Waynick has not provided any supporting documents or affidavits to substantiate his claims regarding his financial status.

Second, from the early stages of this case, Waynick has had the same retained counsel. If, as Waynick claims, he has had a change in financial circumstances, he must make appropriate filings with the Court to be deemed indigent. This would allow him to have court-appointed counsel who can obtain transcripts from Criminal Justice Act (CJA) funds (as, for example, is contemplated in Federal Rule of Appellate Procedure 10). For example, Waynick could fill out a financial affidavit, available on the United States Courts website. United States Courts, Financial Affidavit, https://www.uscourts.gov/forms/cja-forms/financial-affidavit (last visited June 7, 2024). However, he has not sought CJA representation, not filled out the Financial Affidavit, nor provided this information in substance in his motion. Waynick is seeking the benefit of public funds without

1

the accountability that the normal processes would provide.

    For the above-stated reasons, the Court should deny Waynick's motion unless he substantiates his financial provision and provides authority justifying an arrangement where the government provides transcripts on demand to him.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ *Aliya S. Khalidi*
Aliya S. Khalidi
MA Bar No. 682400

/s/*Kyle McWaters*
Kyle McWaters
DC Bar No. 241625

Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20001
(202) 252-2410 (Khalidi)
(202) 252-6983 (McWaters)
aliya.khalidi@usdoj.gov
kyle.mcwaters@usdoj.gov