UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cr-175 |
| | ) | |
| JERRY MCKANE WAYNICK & | ) | Hon. Judge Kelly |
| MARK WAYNICK | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS LOCAL COUNSEL FOR DEFENDANTS**

COMES NOW, Charles Haskell, Local Counsel for Defendants, and files this Motion to Withdraw as Local Counsel and in support thereof respectfully shows the Court the following:

1. Undersigned counsel entered his appearance as local counsel for Jerry McKane Waynick and Mark Waynick on June 1, 2022. On the same day, undersigned counsel filed a Motion for Admission Pro Hac Vice on behalf of Lead Attorneys Olin Baker and Mike Flannagan, which was granted on June 2, 2022.

2. Mr. Baker and Mr. Flannagan have entered their respective appearances in this matter and will remain as Lead Counsel for the defendants.

3. Undersigned counsel has conferred with Jerry McKane Waynick and Mark Waynick who consent to this motion. Lead Attorneys Olin Baker and Mike Flannagan also consent to this motion.

WHEREFORE, based on the foregoing reasons, undersigned counsel respectfully requests this Honorable Court to grant this Motion to Withdraw as Local Counsel for the Defendants.

Respectfully submitted,

/s/ Charles Haskell
Charles Haskell, D.C. Bar No.: 888304007
Law Offices of Charles R. Haskell, PLLC
641 Indiana Ave. NW
Washington, DC 20004
(202) 888-2728
Charles@CharlesHaskell.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Motion to Withdraw as Local Counsel for Defendants was served, via the Electronic Filing System, on November 6, 2024, to all parties of record.

/s/ Charles Haskell
Charles Haskell