UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 0090 1:23CR00175-001 TJK |
| ) | |
| ) | |
| JERRY MCKANE WAYNICK ) | |

**DEFENSE MOTION FOR AN ORDER FOR
SUITABLE APPEARANCE FOR COURT**

                                         Olin J. Baker., Esq.
                                         TN BOPR #026184
                                         PO Box 250
                                         9 Court Square
                                         Charlotte, TN 37036
                                         Tel: (615) 789-3164
                                         Email: obaker@bakerlawgrp.com

                                         *Attorney for Defendant Jerry McKane Waynick*

      **Comes now** Defendant Jerry McKane Waynick, by and through his counsel of record Olin J. Baker, and respectfully moves this Court for an Order Compelling the Government to provide a haircut and shave before Sentencing Hearing Scheduled for this Court November 26, 2024 at 9:00 EST.

      For cause counsel would show: Defendant's counsel was advised by the Defendant on November 20, 2024 that they had not had a haircut or shave in many weeks and asked to assist in getting a haircut and shave before Court. Counsel reached out to the AUSA assigned the case and he advised to contact

the US Marshall Service about this issue. Counsel called the US Marshall Service number at (202) 353-0600 from (615)789-3164 on November 21, 2024 at 15:20 CST. A person answered the phone with a gravelly voice answering Marshall Service and a name that I could not understand due to the speed of his response and the gravelly tone of his voice. I advised him of what I was needing help with, in which is responded "oh hell naw" and hung up the phone.

    Based on the following event, the Defense moves the Court for an Order for the Government to provide suitable grooming for the Defendant prior to Court.

    Alternatively, Defense would move this Court for a furlough for Defendant Jerry McKane Waynick on November 25, 2024 at 12:00 PM EST to allow Defendant to be taken to get a haircut and a shave.

    Further, Defense requests the court Order the US Marshall Service respond to the Court concerning the conduct of this party.

Dated: November 15, 2024

                                          Respectfully Submitted,

                                          /s/ Olin J. Baker
                                          Olin J. Baker., Esq. TNBOPR# 026184
                                          PO BOX 250
                                          9 Court Square
                                          Charlotte, TN 37036
                                          Tel: (615) 789-3164
                                          Email: obaker@bakerlawgrp.com

                                          *Attorney for Defendant Jerry McKane Waynick*