UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 0090 1:23CR00175-001 TJK |
| | ) | |
| | ) | |
| JERRY MCKANE WAYNICK | ) | |

**DEFENDANT'S MOTION TO EXTENDS TIME TO FILE APPEAL**

COMES NOW the Defendant, Jerry McKane Waynick, by and through his counsel, and respectfully submits this timely Motion to extend the time to file an appeal pursuant to Federal Rule of Appellate Procedure 4(b)(4). Defendant has been moved to the Bureau of Prisons in Philadelphia. He will need to complete cja-23 financial affidavit for indigency evaluation for the appointment of appellate counsel. This affidavit will need to be signed by the Defendant. This is being processed by legal mail. Further, Defense counsel attempted to contact the Defendant via phone and was informed that attorney calls are only on Tuesdays Wednesdays and Thursdays and have to be approved and scheduled by the facility. Further, pending before the Court is a motion for release on bail pending appeal. This Honorable Court gave the Unites States until today to file a response to the aforementioned motion for bail pending appeal. Per Rule 4(b)(3)(A), the pending motion would not toll the time for filing the Notice of Appeal. Therefore based on the aforementioned, the Defendant Jerry McKane Waynick requests a 30 day extension of the filing period.

Respectfully submitted,

**/s/ Olin J. Baker**
Olin J. Baker, #026184
*Attorney for Jerry McKane Waynick*

9 Court Square, PO Box 250
Charlotte. TN 37036
615-789-3164

## Certificate of Service

 I hereby certify that a true and exact copy of the foregoing has been forwarded, via the Court's electronic filing system, to Kyle Moran McWaters and Aliya Khalidi, Assistant United States Attorneys; on this the 6th day of December, 2024.

        **/s/Olin J. Baker**
        Olin J. Baker, #026184