UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 23-cr-175-001-TJK |
| v.    : | |
| : | |
| JERRY MCKANE WAYNICK, : | |
| : | |
| Defendant. : | |

**NOTICE OF GOVERNMENT'S NON-OPPOSITION TO THE DEFENDANT'S MOTION FOR EXTENTION OF TIME TO FILE APPEAL**

The government hereby notifies the Court and the parties that it does not oppose the defendant's request for an extension of the deadline to appeal. If Defendant Mark Waynick seeks a similar request, the government would not oppose that motion either.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:  /s/ Aliya Khalidi
ALIYA KHALIDI
Assistant United States Attorney
MA Bar Number 682400
U.S. Attorney's Office for the District of Columbia
601 D Street, NW Washington, D.C. 20001
(202) 252-2410
Aliya.khalidi@usdoj.gov

/s/ Kyle M. McWaters
Kyle M. McWaters
D.C. Bar No. 241625
Assistant United States Attorney
601 D Street NW
Washington, DC 20850
(202) 252-6983
kyle.mcwaters@usdoj.gov