Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

| UNITED STATES OF AMERICA | ) |
| vs. | ) Criminal No. 1:23CR00175-001 (TJK) |
| JERRY MCKANE WAYNICK | ) |

## NOTICE OF APPEAL

Name and address of appellant:
JERRY MCKANE WAYNICK
665 SCOTT HOLLOW RD
CHARLOTTE, TN 37036

Name and address of appellant's attorney:
OLIN J. BAKER, TN BOPR 026184
9 COURT SQUARE
PO BOX 250
CHARLOTTE, TN 37036

Offense: 18USC231, 18USC111 x3, 18 USC 1752 X3, 40 USC 5104 X3

Concise statement of judgment or order, giving date, and any sentence:

Sentenced entered 12-2-2024, 30 months to serve concurrently each 18USC231, 111, 1752 with 36 months of supervised release. 6 months concurrent to serve on each 40 USC5104. Effective sentence 30 months to serve, 36 months supervised release, restitution $2000, special assessment $730.00.

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

1-24-25
DATE

Jerry McKane Waynick
APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  ☐
CJA, NO FEE  ✓
PAID USDC FEE  ☐
PAID USCA FEE  ☐

Does counsel wish to appear on appeal?   YES ☐   NO ✓
Has counsel ordered transcripts?   YES ☐   NO ✓
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ✓   NO ☐